IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KATHY ANN SANDERS,

      Appellant,

 v.

Case No. 5D22-635
LT Case No. 2010-035066-CFAES

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 22

Appeal from the Circuit Court
for Volusia County,
Leah R. Case, Judge.

Matthew J. Metz, Public Defender,
and Natalie R. Gossett, Assistant
Public Defender, Daytona Beach,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and EISNAUGLE, JJ., concur.